MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Defendant,*
*Hikma Pharmaceuticals USA Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ———————————————— x | |
| CORCEPT THERAPEUTICS, INC., | Honorable Julien Xavier Neals, U.S.D.J. |
| Plaintiff, | Civil Action No. 21 CV 5034 (JXN)(LDW) |
| v. | |
| | **AMENDED SCHEDULING ORDER** |
| HIKMA PHARMACEUTICALS USA INC., | |
| Defendant. | |
| ———————————————— x | |

**THIS MATTER**, being opened to the Court by Midlige Richter LLC and Winston & Strawn LLP, attorneys for Defendant, Hikma Pharmaceuticals USA Inc. in the above-captioned matter, by way of a request to extend certain deadlines set forth in the July 13, 2021 Pretrial Scheduling Order (ECF 21), and all Counsel having met and conferred and consented thereto, and for good cause shown,

**IT IS** on this   12th   day of October, 2021,

**ORDERED** as follows:

1.  The following deadlines shall be extended as follows:

    a.    The parties shall exchange proposed claim terms for construction pursuant to L. Pat. R. 4.1(a) on or before **October 18, 2021**.

b.     The parties shall exchange preliminary proposed constructions and identification of extrinsic evidence pursuant to L. Pat. R. 4.2(a) – (b) on or before **November 8, 2021**.

c.     The parties shall exchange identifications of all intrinsic and extrinsic evidence they intend to rely upon in opposing any proposed claim construction, pursuant to L. Pat. R. 4.2(c), on or before **November 22, 2021**. The parties shall thereafter meet and confer to narrow the issues in dispute.

d.     The parties shall file a Joint Claim Construction and Prehearing Statement pursuant to L. Pat. R. 4.3 (a) – (e) on or before **December 7, 2021**.

e.     The parties shall complete fact discovery relating to claim construction pursuant to L. Pat. R. 4.4 on or before **January 6, 2022**.

2.     All other deadlines set forth in the July 13, 2021 Pretrial Scheduling Order shall remain unchanged.  ** The telephone conference set for 11/1/2021 shall proceed as scheduled.

*Leda Dunn Wettre*

_____

Honorable Leda Dunn Wettre, U.S.M.J.

2