UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC.,<br><br>    Defendant. | Civil Action No.<br><br>21-5034 (EP) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of an October 14, 2022 telephone conference before the undersigned; and the Court having considered the parties' October 21, 2022 letter (ECF No. 59); and for good cause shown;

**IT IS, on this 24th day of October 2022, ORDERED** that the Pretrial Scheduling Order entered July 13, 2021 (ECF No. 21), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **December 23, 2022**. No fact discovery shall be issued or engaged in beyond that date, except upon application and good cause shown.

2. All affirmative expert reports shall be delivered by **January 9, 2023**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **February 6, 2023**. Any such report shall comport with the form and content requirements referenced above.

4. Reply expert reports (limited to responding to secondary considerations, if any) shall be delivered by **March 6, 2023**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **April 3, 2023**.

6. The parties shall appear for a telephonic status conference before the undersigned on **December 8, 2022 at 12:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

*s/ Leda Dunn Wettre*  
Hon. Leda Dunn Wettre  
United States Magistrate Judge